IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**SUE LYNNE TIPPETT,**                                3:10-CV-1427-BR

      **Plaintiff,**

                                                   **JUDGMENT**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

      Based on the Court's Order (#19) issued December 1, 2011, the Court **DISMISSES** this matter **with prejudice.**

      IT IS SO ORDERED.

      DATED this 1st day of December, 2011.

                                                    /s/ Anna J. Brown

                                                  ANNA J. BROWN
                                                  United States District Judge

1 - JUDGMENT